THE STATE OF NEW JERSEY, PLAINTIFF, v. JOHN BORG AND CHARLES ROSENBERG, DEFENDANTS.

Submitted May 16, 1930—Decided September 8, 1930.

Before Justices CAMPBELL and BODINE.

For the state, *Edward O. West* and *Andrew O. Wittreich.*

For the defendant John Borg, *Carey & Lane* and *Mackay & Mackay.*

For the defendant Charles Rosenberg, *Samuel Denson.*

PER CURIAM.

An examination of the record in this case leads us to the conclusion that the memorandum filed by Mr. Justice Parker is a concise and accurate statement of the law of this state.

The motion to require a member of the grand jury to answer the questions asked will be denied.